UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEREMY SHELDON, | : Case No. 1:16-cv-837 |
| Petitioner, | : Judge Timothy S. Black |
| | : Magistrate Judge Karen L. Litkovitz |
| vs. | : |
| WARDEN, RICHLAND CORRECTIONAL INSTITUTION, | : |
| Respondent. | : |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 17)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on January 6, 2017, submitted a Report and Recommendations.  (Doc. 17).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.

Accordingly:

1. Petitioner's motions for stay (Docs. 4, 13) are **GRANTED**;

2. This case is **TERMINATED** on this Court's active docket; and

3. Petitioner shall file a motion to reinstate the case on this Court's active docket **within 30 days** after a final decision is entered by the Ohio Supreme Court in the pending appeal.

**IT IS SO ORDERED.**

Date: 1/23/17

Timothy S. Black
United States District Judge