# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JEREMY SHELDON,
Petitioner,

vs.

WARDEN, RICHLAND
CORRECTIONAL INSTITUTION,
Respondent.

Case No. 1:16-cv-837

Black, J.
Litkovitz, M.J.

**ORDER**

This pro se habeas corpus action filed pursuant to 28 U.S.C. § 2254 is before the Court on petitioner's motion to expand the record. (Doc. 29). For the reasons stated below, the motion is **DENIED**.

In the motion, petitioner seeks an Order directing respondent to provide "[t]he records of the state [post-conviction] actions." (Doc. 29, at PageID 1428). It appears, however, that respondent has already provided, in the State Court Record (Doc. 15), many of the records from the state post-conviction proceedings, including the majority of the documents listed in the docket sheets attached to petitioner's motion. (*See* Doc. 15, Exs. 14-32). Should the Court determine that further supplementation of the record is necessary in the adjudication of the merits of petitioner's petition, the Court may order respondent to further supplement the record at that time.

Accordingly, petitioner's motion to expand the record (Doc. 29) is **DENIED**.

**IT IS SO ORDERED.**

Date: 8/13/18

Karen L. Litkovitz
United States Magistrate Judge