# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

JEREMY SHELDON,

        Petitioner,    :    Case No. 1:16-cv-837

  - vs -                         District Judge Timothy S. Black
                                      Magistrate Judge Michael R. Merz

DAVE MARQUIS, Warden,
  Richland Correctional Institution
                                     :

        Respondent.

# TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is TRANSFERRED from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz.

February 11, 2019.

                                                          s/ *Michael R. Merz*
                                                   United States Magistrate Judge